# Court of Appeals, State of Michigan

## ORDER

Stonecrest Building Company v Chicago Title Insurance Company

Docket No. 319841/319842

LC No. 2008-001055 CH

Amy Ronayne Krause
Presiding Judge

Kirsten Frank Kelly

Douglas B. Shapiro
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued April 7, 2015 is hereby VACATED. A new opinion is attached to this order.

Kelly, K. F., J., would deny the motion for reconsideration.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 2 1 2015
_____
Date

_____
Chief Clerk